# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147857-8 & (73)

ZAREMBA EQUIPMENT, INC.,
　　　　Plaintiff-Appellee/
　　　　Cross-Appellant,

v

HARCO NATIONAL INSURANCE
COMPANY and PATRICK MUSALL,
　　　　Defendants-Appellants/
　　　　Cross-Appellees.

SC: 147857-8
COA: 298221; 298755
Otsego CC: 04-010930-CK

_____/

　　　On order of the Court, the application for leave to appeal the July 25, 2013 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



d0224

Clerk